UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARAZ HOSEIN, <br><br>                               Plaintiff, <br><br> -against- <br><br> ALEJANDRO N. MAYORKAS, <br><br>                               Defendant. | 21-CV-4057 (LTS) <br><br> ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated July 2, 2021, the Court directed Plaintiff to either tender the $402.00 in fees that are required to file a civil action in this court or submit a completed amended request to proceed *in forma pauperis* (IFP) within thirty days. That order specified that failure to comply would result in dismissal of the complaint. On July 26, 2021, the order was returned to the Court with a notation on the envelope indicating that the mail was not deliverable as addressed.

    Plaintiff has not complied with the Court's order, has failed to notify the Court of a change of mailing address, and has not initiated any further contact with the Court, written or otherwise. Accordingly, Plaintiff's complaint, filed IFP pursuant to 28 U.S.C. § 1915(a)(1), is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 17, 2021
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge