UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARAZ HOSEIN,<br><br>                             Plaintiff,<br><br>   -against-<br><br>ALEJANDRO N. MAYORKAS,<br><br>                           Defendant. | 21-CV-4057 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 17, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $402.00 in filing fees or submit an amended request to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 17, 2021
             New York, New York

                                                      /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                           Chief United States District Judge